# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                              Case Number: 4:16–cr–00259

John P Ramirez

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 2/7/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   January 7, 2019

David J. Bradley, Clerk